The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUILIN ZHANG and XIAOYU WU,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>Defendants. | Case No. 2:26-cv-02514-KKE<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>August 20, 2026. |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs Guilin Zhang and Xiaoyu Wu brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to schedule an interview for and adjudicate Plaintiffs' Form I-485, Application to Adjust Status. USCIS has done so, and therefore this case is now moot.

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of August, 2026.

Respectfully submitted,

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, Tx No. 24095373
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: alixandria.morris@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 83 words, in compliance with the Local Civil Rules.

*s/ Guilin Zhang*
GUILIN ZHANG
XIAOYU WU
5802 161st St. SW
Edmonds, WA 98026
Email: guilinz123@gmail.com

*Pro Se Plaintiffs*

**ORDER**

It is so **ORDERED**. This case is dismissed without prejudice.

Dated this 21st day of August, 2026.



Kymberly K. Evanson
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970